IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEAN MAZERSKI                               :

    Plaintiff,                              :

vs.                                         :        WMN-98-3673

AMF BOWLING CENTERS, INC.                   :

    Defendant.                              :

## ORDER

On August 10, 1999, summary judgment was entered in favor of defendant and against plaintiff. Defendant filed a timely Motion for Award of Costs in the amount of $425.00. The undersigned has reviewed the outstanding pleadings relating to taxation of costs and finds no hearing necessary pursuant to Local Rule 105.6. (D.Md.).

## FEES OF COURT REPORTERS FOR DEPOSITIONS

Defendant request reimbursement of $275.00 associated with costs incurred for the depositions of plaintiff, Susan Berwanger, Joseph Bradley, and Shirley Perry. The Clerk may tax the costs of depositions under F.R.Civ.P. 54(d) where they are necessary for the case. *See Crawford v. Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437 (1987). To determine if a deposition expense is taxable, "(W)e should consider the extent of actual use of each deposition in cross-examination and otherwise and whether the taking was reasonably necessary to the party's case in light of the particular situation existing at the time of taking. It is not necessarily fatal to taxation that they were not introduced or otherwise used at the trial. *Advance Business Systems & Supply Co.*, 287 F. Supp. 143, 165 (D.Md. 1968). While the court may allow a deposition expense if the taking of that deposition was "reasonably necessary" in "light of the particular situation existing at the time of the

taking," the Clerk's authority, in this district, is more limited. In this district, the Clerk has traditionally allowed: (1) the costs associated with deposing the parties in the case; (2) the costs of those depositions that were actually used in connection with the event that terminated the litigation; and (3) the costs of those depositions of trial witnesses. Defendant's successful dispositive motion reflects utilization of the depositions taken of plaintiff, Ms. Berwanger, Ms. Perry, and Mr. Bradley. Given this determination, deposition costs shall be awarded in the amount of $275.00.

**FILING FEE**

Defendant requests reimbursement of the $150.00 filing fee incurred when this case was removed from state court. The Clerk finds this expense to be taxable.

**AWARD**

Accordingly, costs are entered in favor of defendant and against plaintiff in the amount of $425.00. The Clerk of Court shall docket and mail copies of this Order to all counsel in this case.

Dated this _____ day of October, 1999.

_____
Felicia Cannon
Acting Clerk, United States District Court,
District of Maryland